**E.L. CADY, Jr. Appellant,**

v.

**Kathy S. HARTKE, Michael Waddell, Respondents.**

**No. WD 44973.**

Missouri Court of Appeals, Western District.

March 17, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1992.

Application to Transfer Denied June 2, 1992.

Elwyn L. Cady, Jr., pro se.

John M. Cleary, Kansas City, for respondents Kathy S. Hartke and Michael Waddell.

Douglas L. Carter, Mark W. Brennan, Smith, Gill, Fisher & Butts, Kansas City, for respondents Trustees of Baker University.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

ORDER

PER CURIAM:

Trustee of a purported trust appeals from judgment, entered pursuant to §§ 473.084 and 473.085, RSMo 1986, approving settlement by all beneficiaries of the purported trust and the heirs at law of the settlor.

Appeal dismissed on the court's own motion. Motion for damages for frivolous appeal denied. Respondent's motion to dismiss appellant's appeal is denied as moot.